**FILED**

**APR 1 7 2019**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ZENOBE RANDALL HART,      )
     )
       Plaintiff,      )
     )
     v.      )     Civil Action No. 1:19-cv-00587 (UNA)
     )
     )
RENAY HASKINS,      )
     )
       Defendant.      )

## MEMORANDUM OPINION

Plaintiff, appearing *pro se*, has filed a complaint and an accompanying application to proceed *in forma pauperis* ("IFP"). The Court will grant the IFP application and dismiss the case for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" if it determines that the subject matter jurisdiction is wanting).

Plaintiff, a resident of Farmville, Virginia, sues a single defendant, Renay Haskins, also a resident of Farmville, Virginia. Plaintiff alleges, in full [sic]: "that Renay did willfully and unlawfully sale or dispossess me of my lands and legacy. I have no land or money. I don't know how or to whom and she has controll of the proceeds. As she told the day she grabbed me and kissed me." Plaintiff provides no other information other than this allegation.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3). Plaintiff fails to plead facts to establish any type of jurisdiction in this District.

Therefore, this complaint [1] and this case are dismissed for want of subject matter jurisdiction. A separate Order accompanies this Memorandum Opinion.


Date: April /6, 2019                          _____
                                              United States District Judge